**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

DEBTOR: William Benitez    JOINT DEBTOR:                         CASE NO.:
Last Four Digits of SS# 2185    Last Four Digits of SS#

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 36 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 71.20 for months 1 to 36; in order to pay the following creditors:

Administrative:    Attorney's Fee - $ 3650    TOTAL PAID $ 1700    Balance Due $ 1950
    payable $ 54.16 /month (Months 1 to 36)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. None                          Arrearage on Petition Date $
Address:                         Arrears Payment    $        /month (Months    to    )
                                 Regular Payment    $        /month (Months    to    )
Account No:

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | To | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None    Total Due $
    Payable   $        /month (Months    to    ) Regular Payment $
\

Unsecured Creditors: Pay $ 9.91    /month (Months 1 to 36).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: The debtor is current with secured creditors Ally, Honda Financial Services, PNC Mortgage and West View Villas CAI and will continue to pay creditors directly outside the chapter 13 plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

    /s/Robert Sanchez, Esq.
Attorney for the Debtor                              Joint Debtor
Date: 6-28-2016                                      Date:

LF-31 (rev. 01/08/10)